UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOEL JEANNITE,<br>        Plaintiff,<br><br>v.<br><br>WILLIAM J. MCCARTHY,  et al.,<br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 26-13629-LTS |

## ORDER OF DISMISSAL

**SOROKIN, J.**

For the reasons stated in the Order dated August 10, 2026, this action is dismissed.

ROBERT M. FARRELL
CLERK OF COURT


Dated: 8/10/2026                    By /s/ Samantha Dore
                                          Deputy Clerk